## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

| | |
|---|---|
| FREDERICK BANKS, <br> Reg #05711-068 <br>    Petitioner, <br><br> v. <br><br> JOHN B. FOX, Warden, FCI - Forrest City <br>    Respondent. | ) <br> ) <br> )    **Case No. 2:12CV00188 JLH-JTK** <br> ) <br> ) <br> ) <br> ) <br> ) |

### **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 24th day of May, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE